

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-30-2004

# Begum v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-2317

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Begum v. Atty Gen USA" (2004). *2004 Decisions.* Paper 312.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/312

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-2317

_____

NANTHI BEGUM,
Petitioner

v.

JOHN ASHCROFT, Attorney General
of the United States
Respondent

_____

On Petition for Review of a Final Order of the
Board of Immigration Appeals
(No. A73-162-793)

_____

Submitted Under Third Circuit LAR 34.1(a)
July 1, 2004

Before: AMBRO, ALDISERT and STAPLETON, Circuit Judges

**ORDER  AMENDING  OPINION**

The petition for panel rehearing filed by Respondent in the above entitled case

having been submitted to the judges who participated in the decision of this Court,  the

petition is granted for the limited purpose of vacating the Court's reinstatement of

Petitioner's expired period for voluntary departure.  As such, the Court's not precedential

opinion, dated July 22, 2004, is hereby amended as follows:

On page 3, footnote 2, replace the sentence that reads: "Though the thirty-day

voluntary departure period had long since lapsed before she sought a stay, we nonetheless

grant this request." with the following: "In light of our decision in *Reynoso-Lopez v. Ashcroft*, 369 F.3d 275, 280 (3d Cir. 2004), we deny this request ("[B]ecause Congress has not provided statutory authority for appellate courts to reinstate or extend the voluntary departure period prescribed by an IJ or the BIA, this Court lacks jurisdiction to reinstate [petitioner's] voluntary departure period.")."


By the Court,


_____ /s/ Thomas L. Ambro, Circuit Judge

Dated: September 30, 2004